# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DANNY MONTGOMERY, | ) | Case No. 1:21-cv-00999 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ADAM GOVE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties filed a Stipulation of Dismissal with Prejudice (Stipulation) on December 19, 2022. (R. 47). The Court has reviewed and approves the Stipulation. Therefore, it is hereby ORDERED that pursuant to the parties' Stipulation, this action is DISMISSED with prejudice with each party to "bear its or his own costs and fees." (*Id.*).

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: December 20, 2022